# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1230
_____

MANUEL FUERTES,

Appellant,

v.

MORE BAKERY, INC./
AMTRUST NORTH
AMERICA,

Appellees.

_____

On appeal from an order of the Judge of Compensation Claims.
Ellen H. Lorenzen, Judge.

Date of Accident: May 25, 2016.

November 28, 2018

PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and BILBREY and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Joey D. Oquist, St. Petersburg, and Bill McCabe, Longwood, for Appellant.

Rayford H. Taylor of Hall Booth Smith, P.C., Atlanta, and Robert J. Grace, Tampa, for Appellees.